IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES CLAYTON SOLOMON                                             PLAINTIFF

v.                    Civil No. 12-5011

RAY HOBBS, Director,
Arkansas Department of Correction                                 DEFENDANT

O R D E R

Now on this 11th day of July, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #10), to which no objection has been made, and the Court, having reviewed the Report And Recommendation, finds that it is sound in all respects, and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #10) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's **Motion To File Supplement To Movant's Pending Title 28 USC § 2254 Application** (document #5) is **denied.**

**IT IS FURTHER ORDERED** that plaintiff's **§ 2254** petition is **dismissed with prejudice.**

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE