IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES CLAYTON SOLOMON                                    PLAINTIFF

                v.          Civil No. 12-5011

RAY HOBBS, Director,
Arkansas Department of Correction                       DEFENDANT

<u>O R D E R</u>

Now on this 11th day of July, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #10), to which no objection has been made, and the Court, having reviewed the Report And Recommendation, finds that it is sound in all respects, and should be adopted *in toto.*

IT IS THEREFORE ORDERED that the **Magistrate Judge's Report And Recommendation** (document #10) is **adopted** *in toto.*

IT IS FURTHER ORDERED that plaintiff's **Motion To File Supplement To Movant's Pending Title 28 USC § 2254 Application** (document #5) is **denied.**

IT IS FURTHER ORDERED that plaintiff's **§ 2254** petition is **dismissed with prejudice.**

IT IS SO ORDERED.

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE